IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JONATHAN EUGENE PAYNE JR.,　　　　　*

　　　　　Plaintiff,　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　Case No.  5:25-cv-00421-MTT

　　　　　　　　　　　　　　　　　　*

ALLEGIANCE INDUSTRIES, INC. and
STRATFORD ACADEMY,　　　　　　　*

　　　　　Defendants.　　　　　　　　*

_____

**J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of March, 2026.

　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　s/ Raven K. Alston, Deputy Clerk